**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1907

MARIO E. CASTRO; MAGDALENA CASTRO,

> Plaintiffs - Appellants,

> v.

BANK OF NEW YORK MELLON; CHARLES W. SCHARF; AKERMAN LLP; NATSAYI MAWERE; JOSEPH DEFAZIO; NEWREZ LLC, d/b/a Shellpoint Mortgage Servicing; JACK NAVARRO; REAL TIME SOLUTIONS; ERIC C. GREEN; BANK OF AMERICA CORPORATION; BRIAN MOYNIHAN,

> Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:20-cv-00264-MOC-DSC)

Submitted:  December 30, 2022                    Decided:  January 10, 2023

Before HARRIS, Circuit Judge, and MOTZ and KEENAN, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mario E. Castro, Magdalena Castro, Appellants Pro Se.  Bryan G. Scott, AKERMAN LLP, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mario and Magdalena Castro appeal the district court's order denying for lack of jurisdiction, or, alternatively, denying on the merits, their motion for relief from judgment under Fed. R. Civ. P. 60(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Castro v. Bank of N.Y. Mellon*, No. 3:20-cv-00264-MOC-DSC (W.D.N.C. July 12, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*